**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re: BURNHAM SERVICE CORPORATION § Case No. 00-3468-MFW
§
§
Debtor(s) §

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 11 of the United States Bankruptcy Code was filed on August 29, 2000.  The case was converted to one under Chapter 7 on August 12, 2002. The undersigned trustee was appointed on August 13, 2002.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of            $           186,620.94

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 2,660.55 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 183,960.39 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 05/19/2003 and the deadline for filing governmental claims was 02/08/2004. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $12,581.05. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $12,581.05, for a total compensation of $12,581.05.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $75.00, for total expenses of $75.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/12/2012            By: /s/JEOFFREY L. BURTCH, TRUSTEE
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 00-3468-MFW  **Trustee:** (280060) JEOFFREY L. BURTCH, TRUSTEE
**Case Name:** BURNHAM SERVICE CORPORATION  **Filed (f) or Converted (c):** 08/12/02 (c)
  **§341(a) Meeting Date:** 03/27/03
**Period Ending:** 10/11/12  **Claims Bar Date:** 05/19/03

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  100% EQUITY INTEREST in Burnham Service Company, Inc. & Burnham (Canada), Ltd. FA -- in Chapter 11 | Unknown | 0.00 | DA | 0.00 | FA |
| 2  INTERCOMPANY CLAIMS owed by BVL Holdings, Inc., Burnham Service Company, Inc., Bullet Pallet Systems, Inc., Burnham (Canada), Inc. and/or Burnham International, B.V.  FA - in Chapter 11 | 361,000.00 | 0.00 | DA | 0.00 | FA |
| 3  PREFERENCES (u) | 0.00 | 0.00 | | 186,620.94 | FA |
| 3  Assets  Totals (Excluding unknown values) | **$361,000.00** | **$0.00** | | **$186,620.94** | **$0.00** |

**Major Activities Affecting Case Closing:**

Jointly administered with BVL Holdings

**Initial Projected Date Of Final Report (TFR):** December 31, 2003    **Current Projected Date Of Final Report (TFR):** December 31, 2012

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 00-3468-MFW
**Case Name:** BURNHAM SERVICE CORPORATION

**Taxpayer ID #:** 58-1147847
**Period Ending:** 10/11/12

**Trustee:** JEOFFREY L. BURTCH, TRUSTEE (280060)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-88888997-66 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/01/12 | {3} | BVL HOLDINGS, INC. | TRANSFER OF PREFERENCE FUNDS | 1241-000 | 186,620.94 | | 186,620.94 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 356.92 | 186,264.02 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 368.96 | 185,895.06 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 419.07 | 185,475.99 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 367.40 | 185,108.59 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 404.60 | 184,703.99 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 391.10 | 184,312.89 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 352.50 | 183,960.39 |

| | | | |
|---|---|---|---|
| | ACCOUNT TOTALS | 186,620.94 | 2,660.55 | $183,960.39 |
| | Less: Bank Transfers | 0.00 | 0.00 | |
| | Subtotal | 186,620.94 | 2,660.55 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $186,620.94 | $2,660.55 | |

Net Receipts : 186,620.94
Net Estate : $186,620.94

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # 9200-88888997-66** | 186,620.94 | 2,660.55 | 183,960.39 |
| | $186,620.94 | $2,660.55 | $183,960.39 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** May 19, 2003

**Case Number:** 00-3468-MFW  
**Debtor Name:** BURNHAM SERVICE CORPORATION

Page: 1

**Date:** October 11, 2012  
**Time:** 02:48:20 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| TRSTEXP 200 | JEOFFREY L. BURTCH, TRUSTEE<br>1000 WEST STREET, 10TH FLOOR<br>P.O. BOX 549<br>WILMINGTON, DE 19801 | Admin Ch. 7 | | $75.00 | $0.00 | 75.00 |
| TRSTFEE 200 | JEOFFREY L. BURTCH, TRUSTEE<br>1000 WEST STREET, 10TH FLOOR<br>P.O. BOX 549<br>WILMINGTON, DE 19801 | Admin Ch. 7 | | $12,581.05 | $0.00 | 12,581.05 |
| 172 300 | Penske Truck Leasing Co., LP<br>A Flame/Drinker Biddle etal<br>1 Logan Square 18th & Cherry Sts.<br>Philadelphia, PA 19103 | Admin Ch. 11 | | $0.00 | $0.00 | 0.00 |
| 193 300 | Lucent Technologies, Inc.<br>283 King George Rd.<br>Warren, NJ 07059 | Admin Ch. 11 | DN 1163 entered 8/16/10 | $747.55 | $0.00 | 747.55 |
| 263 300 | Ryder Shared Services Center<br>M/S2868<br>3000 Windward Parkway<br>Alpharetta, GA 30005 | Admin Ch. 11 | DN 1163 entered 8/16/10 | $2,635.95 | $0.00 | 2,635.95 |
| 348 300 | Missouri Department of Revenue<br>Box 475<br>Jefferson City, MO 65105 | Admin Ch. 11 | | $0.00 | $0.00 | 0.00 |
| 351 300 | State of Michigan, Dept of Treasury Rev Div<br>Peggy Housner, Asst Atty Gener<br>First Floor Treasury Building<br>Lansing, MI 48922 | Admin Ch. 11 | | $3,599.10 | $0.00 | 3,599.10 |
| 443 300 | Dallas County<br>Elizabeth Weller et al.<br>2323 Bryan St, 1720 Univision Ctr<br>Dallas, TX 75201-2691 | Admin Ch. 11 | DN 1163 entered 8/16/10 | $2,324.23 | $0.00 | 2,324.23 |
| 460 300 | City of Carrollton<br>Weller/Linebarger Goggan Blair etal<br>2323 Bryan Street, Suite 1720<br>Dallas, TX 75201-2691 | Admin Ch. 11 | DN 1163 entered 8/16/10 | $2,631.12 | $0.00 | 2,631.12 |
| 474 300 | Bexar County<br>D. Aevoet/Linebarger Goggan Blair etal<br>711 Navarro, Suite 300<br>San Antonio, TX 78205 | Admin Ch. 11 | DN 1163 entered 8/16/10 | $505.32 | $0.00 | 505.32 |
| 4 505 | Q&I Consulting Services, LLC<br>P.O. Box 92<br>128 N. Royal Ave<br>Front Royal, VA 22630 | Priority | | $4,100.00 | $0.00 | 4,100.00 |
| 66P 505 | IBM Corporation<br>1605 LBJ Freeway<br>4th Floor--Bankruptcy Section<br>Dallas, TX 75234 | Priority | | $50,587.12 | $0.00 | 50,587.12 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** May 19, 2003

**Case Number:** 00-3468-MFW  
**Debtor Name:** BURNHAM SERVICE CORPORATION

Page: 2

**Date:** October 11, 2012  
**Time:** 02:48:20 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 87P 505 | IBM Corporation<br>1605 LBJ Freeway<br>4th Floor--Bankruptcy Section<br>Dallas, TX 75234 | Priority | | $75,215.55 | $0.00 | 75,215.55 |
| 91 505 | Secuirty Technologies Group, Inc.<br>P.O. Box 691753<br>Cincinnati, OH 45269-1753 | Priority | | $5,773.15 | $0.00 | 5,773.15 |
| 95 505 | Secuirty Technologies Group, Inc.<br>P.O. Box 691753<br>Cincinnati, OH 45269-1753 | Priority | Dupilcate of claim no. 91; Will be withdrawn by creditor | $0.00 | $0.00 | 0.00 |
| 179P 505 | Konica Business Machines<br>Lease Admin. Center<br>P.O. Box 7023<br>Troy, MI 48007-7023 | Priority | DN 1162 and DN 1163 entered on 8/16/10 | $0.00 | $0.00 | 0.00 |
| 198P 505 | Liberty Property LP<br>1510 Valley Center Parkway<br>Suite 240<br>Bethlehem, PA 18017 | Priority | DN 1163 entered 8/16/10 | $0.00 | $0.00 | 0.00 |
| 232P 505 | Industrial Truck Sales & Services Inc.<br>Adams, Kleemeier, Hagan, Hannah & Fouts<br>701 Green Valley Rd, POB 3463<br>Greensboro, NC 27402 | Priority | | $2,491.00 | $0.00 | 2,491.00 |
| 467 505 | GE Captial Corp as Assignee of Saxon Bus. Sys Inc<br>Douglas J. Bilotti, Esq.<br>400 Garden City Plaza<br>Garden City, NY 11530 | Priority | | $2,131.89 | $0.00 | 2,131.89 |
| 510 | INTERNAL REVENUE SERVICE<br><br>PHILADELPHIA, PA 19255 | Priority | [Employee Federal W/H Distribution:<br>   Claim    21   $393.44  Browning, Clara B.<br>   Claim  162P  $645.00  Staples, Norman V.<br>   Claim  225   $444.11  Bacher, Vonda L<br>] | $1,482.55 | $0.00 | 1,482.55 |
| 510 | INTERNAL REVENUE SERVICE<br><br>PHILADELPHIA, PA 19255 | Priority | [Employee Medicare Distribution:<br>   Claim    21   $38.03  Browning, Clara B.<br>   Claim  162P  $62.35  Staples, Norman V.<br>   Claim  225   $42.93  Bacher, Vonda L<br>] | $143.31 | $0.00 | 143.31 |
| 510 | INTERNAL REVENUE SERVICE<br><br>PHILADELPHIA, PA 19255 | Priority | [Employee FICA Distribution:<br>   Claim    21   $110.16  Browning, Clara B.<br>   Claim  162P  $180.60  Staples, Norman V.<br>   Claim  225   $124.35  Bacher, Vonda L<br>] | $415.11 | $0.00 | 415.11 |


# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** May 19, 2003

**Case Number:** 00-3468-MFW  
**Debtor Name:** BURNHAM SERVICE CORPORATION  
Page: 3  
**Date:** October 11, 2012  
**Time:** 02:48:20 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 21 510 | Browning, Clara B. 343 Blossom Way Hayward, CA 94541 | Priority | [Gross Wage $2622.95 Less Taxes = Net $2081.32 FICA $110.16 Federal W/H $393.44 Medicare $38.03] | $2,081.32 | $0.00 | 2,081.32 |
| 162P 510 | Staples, Norman V. 807 California Ave Dolton, IL 60419 | Priority | [Gross Wage $4300.00 Less Taxes = Net $3412.05 FICA $180.60 Federal W/H $645.00 Medicare $62.35] Creditor will file an amended POC | $3,412.05 | $0.00 | 3,412.05 |
| 225 510 | Bacher, Vonda L 1516 Cumberland Street Pittsburgh, PA 15205 | Priority | [Gross Wage $2960.74 Less Taxes = Net $2349.35 FICA $124.35 Federal W/H $444.11 Medicare $42.93] DN 1162 and DN 1163 entered on 8/16/10 | $2,349.35 | $0.00 | 2,349.35 |
| 570 | INTERNAL REVENUE SERVICE PHILADELPHIA, PA 19255 | Priority | [Employer FICA Distribution:  Claim 21 $162.62 Browning, Clara B.  Claim 162P $266.60 Staples, Norman V.  Claim 225 $183.57 Bacher, Vonda L ] | $612.79 | $0.00 | 612.79 |
| 570 | INTERNAL REVENUE SERVICE PHILADELPHIA, PA 19255 | Priority | [Employer FUTA Distribution:  Claim 21 $157.38 Browning, Clara B.  Claim 162P $258.00 Staples, Norman V.  Claim 225 $177.64 Bacher, Vonda L ] | $593.02 | $0.00 | 593.02 |
| 570 | INTERNAL REVENUE SERVICE PHILADELPHIA, PA 19255 | Priority | [Employer Medicare Distribution:  Claim 21 $38.03 Browning, Clara B.  Claim 162P $62.35 Staples, Norman V.  Claim 225 $42.93 Bacher, Vonda L ] | $143.31 | $0.00 | 143.31 |
| 3 570 | Clayton County Tax Comissioner Courthouse Annex 3, 2nd Floor 121 S. Mcdonough Street Jonesboro, GA 30236 | Priority | | $15,724.68 | $0.00 | 15,724.68 |
| 25 570 | Jackson County Treasurer Robert R. Brown 308 W. Second Street Seymour, IN 47247 | Priority | | $102,887.38 | $0.00 | 102,887.38 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** May 19, 2003

**Case Number:** 00-3468-MFW  
**Debtor Name:** BURNHAM SERVICE CORPORATION  
Page: 4  
**Date:** October 11, 2012  
**Time:** 02:48:20 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 27 570 | Carrollton-Farmers Branch ISD<br>c/o Law Offices of Robert E. Luna, PC<br>4411 N. Central Expressway<br>Dallas, TX 75205 | Priority | DN 1163 entered 8/16/10 | $5,071.14 | $0.00 | 5,071.14 |
| 85 570 | State of Louisiana<br>Dept of Revenue<br>P.O. Box 66658<br>Baton Rouge, LA 70896 | Priority | | $1,000.00 | $0.00 | 1,000.00 |
| 99 570 | Cypress-Fairbanks ISD<br>J Dillman/Linebarger Heard Goggan etal<br>PO Box 3064<br>Houston, TX 77253-3064 | Priority | DN 1162 and DN 1163 entered on 8/16/10 | $1,199.55 | $0.00 | 1,199.55 |
| 072P 570 | State Board of Equalization<br>Special Operations Branch, MIC:55<br>P.O. Box 942879<br>Sacramento, CA 94279-005 | Priority | | $734.00 | $0.00 | 734.00 |
| 145 570 | State Board of Equialization<br>Special Procedures Section, MIC:55<br>P.O. Box 942879<br>Sacramento, CA 94279-0055 | Priority | withdrawn DN 496 4/9/01 | $0.00 | $0.00 | 0.00 |
| 151 570 | Dallas County<br>Elizabeth Weller et al.<br>2323 Bryan St, 1720 Univision Ctr<br>Dallas, TX 75201-2691 | Priority | DN 1162 and DN 1163 entered on 8/16/10 | $1,532.12 | $0.00 | 1,532.12 |
| 306 570 | Schofield, M.W.<br>Clark County Assessor<br>P.O. Box 551401<br>Las Vegas, NV 89155-1401 | Priority | DN 1162 and DN 1163 entered on 8/16/10 | $535.18 | $0.00 | 535.18 |
| 179S 100 | Konica Business Machines<br>Lease Admin. Center<br>P.O. Box 7023<br>Troy, MI 48007-7023 | Secured | DN 1162 and DN 1163 entered on 8/16/10 | $0.00 | $0.00 | 0.00 |
| 198S 100 | Liberty Property LP<br>1510 Valley Center Parkway<br>Suite 240<br>Bethlehem, PA 18017 | Secured | DN 1163 entered 8/16/10 | $0.00 | $0.00 | 0.00 |
| 453 100 | Quality Warehouse Eqpt. Co., Inc.<br>2111 W. Arkansas Lan #202<br>Arlington, TX 76013-6069 | Secured | DN 1163 entered 8/16/10 | $0.00 | $0.00 | 0.00 |
| 13 610 | Vision Financial Group, Inc.<br>The Pennsylvanian<br>1100 Liberty Avenue<br>Pittsburgh, PA 15222 | Unsecured | DN 1162 and DN 1163 entered on 8/16/10 | $2,896.49 | $0.00 | 2,896.49 |
| 17 610 | Labor Ready, Inc.<br>c/o D&B Bankruptcy Services<br>P.O. Box 5126<br>Timonium, MD 21094 | Unsecured | | $11,082.02 | $0.00 | 11,082.02 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** May 19, 2003

**Case Number:** 00-3468-MFW  
**Debtor Name:** BURNHAM SERVICE CORPORATION  
Page: 5  
**Date:** October 11, 2012  
**Time:** 02:48:20 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 28 610 | Bell Atlantic-DE/Verizon Communications<br>Catherine J. Zanelli- Consultant<br>P.O. Box 588<br>Fair Lawn, NJ 07410 | Unsecured | | $3,583.84 | $0.00 | 3,583.84 |
| 29 610 | Bell Atlantic-DE/Verizon Communications<br>Catherine J. Zanelli- Consultant<br>P.O. Box 588<br>Fair Lawn, NJ 07410 | Unsecured | | $948.02 | $0.00 | 948.02 |
| 32 610 | Sandman Inc., The<br>490 Warm Springs Rd<br>Attn: Misty Stockman<br>Columbus, GA 31909 | Unsecured | | $2,842.85 | $0.00 | 2,842.85 |
| 35 610 | General Motors Acceptance Corporation<br>C/O Stephen Hecker<br>100 South Charles Street<br>Baltimore, MD 21201 | Unsecured | | $7,536.92 | $0.00 | 7,536.92 |
| 36 610 | General Motors Acceptance Corporation<br>C/O Stephen Hecker<br>100 South Charles Street<br>Baltimore, MD 21201 | Unsecured | | $7,313.29 | $0.00 | 7,313.29 |
| 40 610 | Innovative Driver Services<br>c/o Susan Lowell/Underwood Warren & Tuck<br>201 S College St, Suite 2020<br>Charlotte, NC 28244 | Unsecured | | $9,965.68 | $0.00 | 9,965.68 |
| 42 610 | American Freightways<br>% Freda Young, Revenue Recovery<br>2200 Forward Drive<br>Harrison, AR 72601 | Unsecured | | $139.99 | $0.00 | 139.99 |
| 52 610 | I.I.N.A./INAMAR an ACE USA Co.<br>P.O. Box 8152<br>Park Ridge, IL 60068-8152 | Unsecured | | $64,980.70 | $0.00 | 64,980.70 |
| 57 610 | U.S. Fidelity & Guaranty Company<br>c/o M Lastowski/Duane Morris & Heckscher<br>1201 Grant Street, Suite 1001<br>Wilmington, DE 19801 | Unsecured | | $9,206,625.00 | $0.00 | 9,206,625.00 |
| 58 610 | Duran, Lois J.<br>TXU Electric Company<br>P.O. Box 650939<br>Dallas, TX 75265-6 | Unsecured | | $4,175.87 | $0.00 | 4,175.87 |
| 59 610 | Jackson County Treasurer<br>Robert R. Brown<br>308 W. Second Street<br>Seymour, IN 47247 | Unsecured | | $215,795.85 | $0.00 | 215,795.85 |
| 66U 610 | IBM Corporation<br>1605 LBJ Freeway<br>4th Floor--Bankruptcy Section<br>Dallas, TX 75234 | Unsecured | | $407,304.66 | $0.00 | 407,304.66 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** May 19, 2003

**Case Number:** 00-3468-MFW  
**Debtor Name:** BURNHAM SERVICE CORPORATION

Page: 6

**Date:** October 11, 2012  
**Time:** 02:48:20 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 70 610 | Atlanta Journal/Constitution, The<br>72 Marrietta Street<br>NW Atlanta, GA 30302 | Unsecured | | $448.65 | $0.00 | 448.65 |
| 71 610 | Safety - Kleen Corporation<br>Attn: Carol Russel 2nd Floor<br>P.O. Box 11393<br>Columbia, SC 29211 | Unsecured | | $382.15 | $0.00 | 382.15 |
| 72 610 | Olsten Corporation, The<br>175 Broadhollow Road<br>Melville, NY 11747-8905 | Unsecured | | $19,156.67 | $0.00 | 19,156.67 |
| 75 610 | Coast to Coast Computer Products<br>PO Box 2418<br>North Hills, CA 91393-2418 | Unsecured | | $4,017.46 | $0.00 | 4,017.46 |
| 78 610 | Florida Power & Light Company<br>P.O. Box 025209<br>Miami, FL 33102-5209 | Unsecured | | $3,592.85 | $0.00 | 3,592.85 |
| 79 610 | Employment Guide, The<br>Attn: Cheri Wright<br>100 W. Blume St<br>Norfolk, VA 23510 | Unsecured | | $352.80 | $0.00 | 352.80 |
| 80 610 | Bay State Gas Company<br>2025 Roosevelt Ave.<br>Springfield, MA 01102-2025 | Unsecured | | $312.02 | $0.00 | 312.02 |
| 81 610 | Nextell Communications, Inc.<br>10002 Park Meadows Drive<br>Littleton, CO 80124 | Unsecured | | $817.09 | $0.00 | 817.09 |
| 86 610 | Velocity Express, Inc<br>11 Greenway Plaza Suite 250<br>Attn: Vince Hannigan<br>Houston, TX 77046 | Unsecured | | $290.00 | $0.00 | 290.00 |
| 87U 610 | IBM Corporation<br>1605 LBJ Freeway<br>4th Floor--Bankruptcy Section<br>Dallas, TX 75234 | Unsecured | | $20,943.19 | $0.00 | 20,943.19 |
| 89 610 | Select Personnel Service, Inc.<br>1528 Chapala Street<br>Santa Barbara, CA 93101 | Unsecured | | $4,276.57 | $0.00 | 4,276.57 |
| 94 610 | Onesource, Inc<br>c/o Central Collections Corporation<br>45 West John Street<br>Hicksville, NY 11801 | Unsecured | | $1,264.26 | $0.00 | 1,264.26 |
| 97 610 | Falcon Supply Co., Inc.<br>55 Randolph Avenue<br>Avenel, NJ 07001 | Unsecured | | $1,660.47 | $0.00 | 1,660.47 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** May 19, 2003

**Case Number:** 00-3468-MFW
**Debtor Name:** BURNHAM SERVICE CORPORATION

Page: 7

**Date:** October 11, 2012
**Time:** 02:48:20 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 98 610 | Standard Coffee Service Co.<br>640 Magazine St<br>New Orleans, LA 70130 | Unsecured | | $1,149.71 | $0.00 | 1,149.71 |
| 071 610 | General Electric Capital Corp.<br>as Assignee of Saxon Bus. Systems, Inc.<br>400 Garden City Plaza<br>Garden City, NY 11530 | Unsecured | Attn: Douglas J. Bilotti, Esq. | $800.00 | $0.00 | 800.00 |
| 072U 610 | State Board of Equalization<br>Special Operations Branch, MIC:55<br>P.O. Box 942879<br>Sacramento, CA 94279-005 | Unsecured | | $730.81 | $0.00 | 730.81 |
| 101 610 | Florida Power & Light Company<br>P.O. Box 14042 CW 71<br>St. Petersburg, FL 33733 | Unsecured | | $694.73 | $0.00 | 694.73 |
| 106 610 | Express Services, Inc.dba Express Personnel<br>Kirk D. Austin<br>6300 NW Expressway<br>Oklahoma City, OK 73132 | Unsecured | | $5,885.91 | $0.00 | 5,885.91 |
| 108 610 | Boise Office Cascade Office Products<br>1501 Woodfield Road, Suite 200E<br>Schaumburg, IL 60173 | Unsecured | | $1,204.50 | $0.00 | 1,204.50 |
| 109 610 | Overnite Transportation<br>P.O. Box 1216<br>Richmond, VA 23218 | Unsecured | | $36,022.21 | $0.00 | 36,022.21 |
| 110 610 | City Public Service<br>Ms. Deborah A. Ortiz, Credit Sect<br>P.O. Box 1771<br>San Antonio, TX 78296-1771 | Unsecured | DN 1162 and DN 1163 8/16/10 | $1,545.17 | $0.00 | 1,545.17 |
| 118 610 | Heil, Julius F.<br>28 Braves Crossing Drive<br>Sharpsburg, GA 30277 | Unsecured | | $0.00 | $0.00 | 0.00 |
| 119 610 | Wells Fargo Financial Leasing Inc.<br>604 Locust 14th Floor<br>Des Moines, IA 50309 | Unsecured | | $12,554.75 | $0.00 | 12,554.75 |
| 123 610 | Ryder Shared Services Center<br>M/S2868<br>3000 Windward Parkway<br>Alpharetta, GA 30005 | Unsecured | | $11,973.13 | $0.00 | 11,973.13 |
| 127 610 | Minolta Business Solutions<br>Attn: Lisa Schmiedeskamp<br>1800 Overcenter Drive<br>Moberly, MO 65270 | Unsecured | | $1,284.21 | $0.00 | 1,284.21 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** May 19, 2003

**Case Number:** 00-3468-MFW  
**Debtor Name:** BURNHAM SERVICE CORPORATION  
Page: 8  
**Date:** October 11, 2012  
**Time:** 02:48:20 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 131 610 | Sacramento Municiple Utility District<br>P.O. Box 15830, Mail Stop A253<br>Sacramento, CA 95852-1830 | Unsecured | | $612.06 | $0.00 | 612.06 |
| 140 610 | Imperial Business Credit<br>P.O. Box 289032<br>San Diego, CA 92198 | Unsecured | DN 1162 and DN 1163 entered on 8/16/10 | $3,256.80 | $0.00 | 3,256.80 |
| 143 610 | Ceridion Employer Services<br>9150 South Hills Blvd., Suite 100<br>Attn: Lisa Gibson<br>Broadview Heights, OH 44147 | Unsecured | | $20,836.06 | $0.00 | 20,836.06 |
| 144 610 | RemedyTemp, Inc.<br>101 Enterprise<br>Aliso Viejo, CA 92656 | Unsecured | | $48,227.07 | $0.00 | 48,227.07 |
| 150 610 | Riverside Manufacturing Company<br>P.O. Box 460<br>Moutrie, GA 31776-0460 | Unsecured | DN 1162 and DN 1163 entered on 8/16/10 | $2,483.78 | $0.00 | 2,483.78 |
| 152 610 | Falcon Supply Co., Inc.<br>55 Randolph Avenue<br>Avenel, NJ 07001 | Unsecured | | $222.12 | $0.00 | 222.12 |
| 162U 610 | Staples, Norman V.<br>807 California Ave<br>Dolton, IL 60419 | Unsecured | Creditor will file an amended POC | $8,528.26 | $0.00 | 8,528.26 |
| 168 610 | Penske Truck Leasing Co., LP<br>A Flame/Drinker Biddle etal<br>1 Logan Square 18th & Cherry Sts.<br>Philadelphia, PA 19103 | Unsecured | | $1,571,000.00 | $0.00 | 1,571,000.00 |
| 169 610 | Penske Truck Leasing Co., LP<br>A Flame/Drinker Biddle etal<br>1 Logan Square 18th & Cherry Sts.<br>Philadelphia, PA 19103 | Unsecured | | $0.00 | $0.00 | 0.00 |
| 179U 610 | Konica Business Machines<br>Lease Admin. Center<br>P.O. Box 7023<br>Troy, MI 48007-7023 | Unsecured | DN 1162 and DN 1163 entered on 8/16/10 | $3,589.40 | $0.00 | 3,589.40 |
| 198U 610 | Liberty Property LP<br>1510 Valley Center Parkway<br>Suite 240<br>Bethlehem, PA 18017 | Unsecured | DN 1163 entered 8/16/10 | $0.00 | $0.00 | 0.00 |
| 209 610 | Meguiar, W. Keith & Debbie E.<br>2251 Moutain Top Road<br>Winston, GA 30187 | Unsecured | DN 1162 entered 8/16/10 | $49,378.00 | $0.00 | 49,378.00 |
| 211 610 | Knott's Berry Farm<br>B Emory Potter/Hays & Potter, PC<br>3310 Henerson Mill Rd., STE 302<br>Atlanta, GA 30341 | Unsecured | | $4,387.90 | $0.00 | 4,387.90 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** May 19, 2003

**Case Number:** 00-3468-MFW  
**Debtor Name:** BURNHAM SERVICE CORPORATION

Page: 9

**Date:** October 11, 2012  
**Time:** 02:48:20 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 213 610 | Cushman & Wakefield of IL Inc & Affiliates<br>200 SW Market St<br>Suite 200<br>Portland, OR 97201 | Unsecured | | $2,162.00 | $0.00 | 2,162.00 |
| 214 610 | Pitney Bowes Credit Corporation<br>27 Waterview Drive<br>Shelton, CT 06484-5151 | Unsecured | | $229.10 | $0.00 | 229.10 |
| 219 610 | Manpower International, Inc.<br>4301 N. Ironwood Rd.<br>P.O. Box 2053<br>Milwaukee, WI 53201-2053 | Unsecured | | $75,508.23 | $0.00 | 75,508.23 |
| 223 610 | National Lift Truct Service, Inc.<br>1901 NW 2nd Street<br>Fort Lauderdale, FL 33311 | Unsecured | | $861.08 | $0.00 | 861.08 |
| 231 610 | Industrial Truck Sales & Services Inc.<br>Adams, Kleemeier, Hagan, Hannah & Fouts<br>701 Green Valley Rd, POB 3463<br>Greensboro, NC 27402 | Unsecured | | $2,882.36 | $0.00 | 2,882.36 |
| 232U 610 | Industrial Truck Sales & Services Inc.<br>Adams, Kleemeier, Hagan, Hannah & Fouts<br>701 Green Valley Rd, POB 3463<br>Greensboro, NC 27402 | Unsecured | | $5,565.00 | $0.00 | 5,565.00 |
| 235 610 | Eastern Left Truck Co.<br>549 East Linwood Avenue<br>P.O. Box 307<br>Maple Shade, NJ 08052 | Unsecured | | $3,272.39 | $0.00 | 3,272.39 |
| 236 610 | Ryder Shared Services Center<br>M/S2868<br>3000 Windward Parkway<br>Alpharetta, GA 30005 | Unsecured | | $19,327.87 | $0.00 | 19,327.87 |
| 257 610 | Quality Warehouse Eqpt. Co., Inc.<br>2111 W. Arkansas Lan #202<br>Arlington, TX 76013-6069 | Unsecured | DN 1162 and DN 1163 entered 8/16/10 | $168,078.00 | $0.00 | 168,078.00 |
| 327 610 | Qualcomm Inc.<br>Attn: Sally Cadirci O-270G<br>5775 Morehouse Dr.<br>San Diego, CA 92121 | Unsecured | | $27,354.54 | $0.00 | 27,354.54 |
| 332 610 | Xerox Corporation<br>Laura Shepherd, Xerox Corp<br>800 Carillon Parkway<br>St. Petersburg, FL 33716 | Unsecured | DN 1162 and DN 1163 entered on 8/16/10 | $18,181.03 | $0.00 | 18,181.03 |
| 336 610 | Ryder Shared Services Center<br>M/S2868<br>3000 Windward Parkway<br>Alpharetta, GA 30005 | Unsecured | | $16,105.37 | $0.00 | 16,105.37 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** May 19, 2003

**Case Number:** 00-3468-MFW  
**Debtor Name:** BURNHAM SERVICE CORPORATION  

Page: 10

**Date:** October 11, 2012  
**Time:** 02:48:20 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 337 610 | Continental Casualty Co as Agent for Devino Fuel/Fuelrite Co Attn: Denise Firelli PO Box 905 Monmouth Junction, NJ 08852-0905 | Unsecured | | $3,095.55 | $0.00 | 3,095.55 |
| 338 610 | Xerox Corporation Laura Shepherd, Xerox Corp 800 Carillon Parkway St. Petersburg, FL 33716 | Unsecured | DN 1162 and DN 1163 entered on 8/16/10 | $9,289.12 | $0.00 | 9,289.12 |
| 357 610 | Computer Associates International, Inc. c/o D.Gooding,P.C./Choate Hall & Stewart Exchange Place, 53 State Street Boston, MA 02109 | Unsecured | | $293,238.07 | $0.00 | 293,238.07 |
| 377 610 | First America Trust, In Succ to the Prudential Bank FSB William C. Smith Jr., et al. P.O. Box 20389 Raleigh, NC 27619-0389 | Unsecured | | $40,032.50 | $0.00 | 40,032.50 |
| 426 610 | City Water, Light & Power Room 105, Municipal Center West Attn: Steve Smith Springfield, IL 62757 | Unsecured | | $260.55 | $0.00 | 260.55 |
| 438 610 | CMAC, Inc. c/o Thomas F. Mcallister 5871 Glenridge Drive, Suite 240 Atlanta, GA 30328 | Unsecured | | $150,000.00 | $0.00 | 150,000.00 |
| 473 610 | Prolift Industrial Equipment P.O. Box 99607 Louisville, KY 40269 | Unsecured | | $19,051.57 | $0.00 | 19,051.57 |
| 491 610 | Public Service Co. of Colorado 990 Bannock St Denver, CO 80204 | Unsecured | | $4,384.10 | $0.00 | 4,384.10 |
| 509 610 | J.J. Keller & Associates Inc. P.O. Box 548 Neenah, WI 54957 | Unsecured | | $16,965.20 | $0.00 | 16,965.20 |
| 516 610 | IBM Corporation 1605 LBJ Freeway 4th Floor--Bankruptcy Section Dallas, TX 75234 | Unsecured | | $0.00 | $0.00 | 0.00 |
| 517 610 | IBM Corporation Bankruptcy Specialist 13800 Diplomat Farmers Branch, TX 75234 | Unsecured | | $11,070.72 | $0.00 | 11,070.72 |
| << Totals >> | | | | 12,981,301.18 | 0.00 | 12,981,301.18 |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 00-3468-MFW
Case Name: BURNHAM SERVICE CORPORATION
Trustee Name: JEOFFREY L. BURTCH, TRUSTEE

**Balance on hand:** $ 183,960.39

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | None | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 183,960.39

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JEOFFREY L. BURTCH, TRUSTEE | 12,581.05 | 0.00 | 12,581.05 |
| Trustee, Expenses - JEOFFREY L. BURTCH, TRUSTEE | 75.00 | 0.00 | 75.00 |

Total to be paid for chapter 7 administration expenses: $ 12,656.05
Remaining balance: $ 171,304.34

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other Expenses: Bexar County | 505.32 | 0.00 | 505.32 |
| Other Expenses: City of Carrollton | 2,631.12 | 0.00 | 2,631.12 |
| Other Expenses: Dallas County | 2,324.23 | 0.00 | 2,324.23 |
| Other Expenses: Lucent Technologies, Inc. | 747.55 | 0.00 | 747.55 |
| Other Expenses: Ryder Shared Services Center | 2,635.95 | 0.00 | 2,635.95 |
| Other Expenses: State of Michigan, Dept of Treasury Rev Div | 3,599.10 | 0.00 | 3,599.10 |

Total to be paid for prior chapter administrative expenses: $ 12,443.27
Remaining balance: $ 158,861.07

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $280,215.57 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
|  | INTERNAL REVENUE SERVICE | 612.79 | 0.00 | 40.90 |
|  | INTERNAL REVENUE SERVICE | 593.02 | 0.00 | 39.58 |
|  | INTERNAL REVENUE SERVICE | 143.31 | 0.00 | 9.56 |
| 3 | Clayton County Tax Comissioner | 15,724.68 | 0.00 | 1,049.50 |
| 4 | Q&I Consulting Services, LLC | 4,100.00 | 0.00 | 4,100.00 |
| 21 | Browning, Clara B. | 2,622.95 | 0.00 | 2,622.95 |
| 25 | Jackson County Treasurer | 102,887.38 | 0.00 | 6,866.90 |
| 27 | Carrollton-Farmers Branch ISD | 5,071.14 | 0.00 | 338.46 |
| 66P | IBM Corporation | 50,587.12 | 0.00 | 50,587.12 |
| 85 | State of Louisiana | 1,000.00 | 0.00 | 66.74 |
| 87P | IBM Corporation | 75,215.55 | 0.00 | 75,215.55 |
| 91 | Secuirty Technologies Group, Inc. | 5,773.15 | 0.00 | 5,773.15 |
| 99 | Cypress-Fairbanks ISD | 1,199.55 | 0.00 | 80.06 |
| 072P | State Board of Equalization | 734.00 | 0.00 | 48.99 |
| 151 | Dallas County | 1,532.12 | 0.00 | 102.26 |
| 162P | Staples, Norman V. | 4,300.00 | 0.00 | 4,300.00 |
| 225 | Bacher, Vonda L | 2,960.74 | 0.00 | 2,960.74 |
| 232P | Industrial Truck Sales & Services Inc. | 2,491.00 | 0.00 | 2,491.00 |
| 306 | Schofield, M.W. | 535.18 | 0.00 | 35.72 |
| 467 | GE Captial Corp as Assignee of Saxon Bus. Sys Inc | 2,131.89 | 0.00 | 2,131.89 |

Total to be paid for priority claims:     $       158,861.07
Remaining balance:     $              0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 12,675,986.29 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 13 | Vision Financial Group, Inc. | 2,896.49 | 0.00 | 0.00 |
| 17 | Labor Ready, Inc. | 11,082.02 | 0.00 | 0.00 |
| 28 | Bell Atlantic-DE/Verizon Communications | 3,583.84 | 0.00 | 0.00 |
| 29 | Bell Atlantic-DE/Verizon Communications | 948.02 | 0.00 | 0.00 |
| 32 | Sandman Inc., The | 2,842.85 | 0.00 | 0.00 |
| 35 | General Motors Acceptance Corporation | 7,536.92 | 0.00 | 0.00 |
| 36 | General Motors Acceptance Corporation | 7,313.29 | 0.00 | 0.00 |
| 40 | Innovative Driver Services | 9,965.68 | 0.00 | 0.00 |
| 42 | American Freightways | 139.99 | 0.00 | 0.00 |
| 52 | I.I.N.A./INAMAR an ACE USA Co. | 64,980.70 | 0.00 | 0.00 |
| 57 | U.S. Fidelity & Guaranty Company | 9,206,625.00 | 0.00 | 0.00 |
| 58 | Duran, Lois J. | 4,175.87 | 0.00 | 0.00 |
| 59 | Jackson County Treasurer | 215,795.85 | 0.00 | 0.00 |
| 66U | IBM Corporation | 407,304.66 | 0.00 | 0.00 |
| 70 | Atlanta Journal/Constitution, The | 448.65 | 0.00 | 0.00 |
| 71 | Safety - Kleen Corporation | 382.15 | 0.00 | 0.00 |
| 72 | Olsten Corporation, The | 19,156.67 | 0.00 | 0.00 |
| 75 | Coast to Coast Computer Products | 4,017.46 | 0.00 | 0.00 |
| 78 | Florida Power & Light Company | 3,592.85 | 0.00 | 0.00 |
| 79 | Employment Guide, The | 352.80 | 0.00 | 0.00 |
| 80 | Bay State Gas Company | 312.02 | 0.00 | 0.00 |
| 81 | Nextell Communications, Inc. | 817.09 | 0.00 | 0.00 |
| 86 | Velocity Express, Inc | 290.00 | 0.00 | 0.00 |
| 87U | IBM Corporation | 20,943.19 | 0.00 | 0.00 |
| 89 | Select Personnel Service, Inc. | 4,276.57 | 0.00 | 0.00 |
| 94 | Onesource, Inc | 1,264.26 | 0.00 | 0.00 |
| 97 | Falcon Supply Co., Inc. | 1,660.47 | 0.00 | 0.00 |
| 98 | Standard Coffee Service Co. | 1,149.71 | 0.00 | 0.00 |
| 071 | General Electric Capital Corp. | 800.00 | 0.00 | 0.00 |
| 072U | State Board of Equalization | 730.81 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

| | | | | |
|---|---|---:|---:|---:|
| 101 | Florida Power & Light Company | 694.73 | 0.00 | 0.00 |
| 106 | Express Services, Inc.dba Express Personnel | 5,885.91 | 0.00 | 0.00 |
| 108 | Boise Office Cascade Office Products | 1,204.50 | 0.00 | 0.00 |
| 109 | Overnite Transportation | 36,022.21 | 0.00 | 0.00 |
| 110 | City Public Service | 1,545.17 | 0.00 | 0.00 |
| 119 | Wells Fargo Financial Leasing Inc. | 12,554.75 | 0.00 | 0.00 |
| 123 | Ryder Shared Services Center | 11,973.13 | 0.00 | 0.00 |
| 127 | Minolta Business Solutions | 1,284.21 | 0.00 | 0.00 |
| 131 | Sacramento Municiple Utility District | 612.06 | 0.00 | 0.00 |
| 140 | Imperial Business Credit | 3,256.80 | 0.00 | 0.00 |
| 143 | Ceridion Employer Services | 20,836.06 | 0.00 | 0.00 |
| 144 | RemedyTemp, Inc. | 48,227.07 | 0.00 | 0.00 |
| 150 | Riverside Manufacturing Company | 2,483.78 | 0.00 | 0.00 |
| 152 | Falcon Supply Co., Inc. | 222.12 | 0.00 | 0.00 |
| 162U | Staples, Norman V. | 8,528.26 | 0.00 | 0.00 |
| 168 | Penske Truck Leasing Co., LP | 1,571,000.00 | 0.00 | 0.00 |
| 179U | Konica Business Machines | 3,589.40 | 0.00 | 0.00 |
| 209 | Meguiar, W. Keith & Debbie E. | 49,378.00 | 0.00 | 0.00 |
| 211 | Knott's Berry Farm | 4,387.90 | 0.00 | 0.00 |
| 213 | Cushman & Wakefield of IL Inc & Affiliates | 2,162.00 | 0.00 | 0.00 |
| 214 | Pitney Bowes Credit Corporation | 229.10 | 0.00 | 0.00 |
| 219 | Manpower International, Inc. | 75,508.23 | 0.00 | 0.00 |
| 223 | National Lift Truct Service, Inc. | 861.08 | 0.00 | 0.00 |
| 231 | Industrial Truck Sales & Services Inc. | 2,882.36 | 0.00 | 0.00 |
| 232U | Industrial Truck Sales & Services Inc. | 5,565.00 | 0.00 | 0.00 |
| 235 | Eastern Left Truck Co. | 3,272.39 | 0.00 | 0.00 |
| 236 | Ryder Shared Services Center | 19,327.87 | 0.00 | 0.00 |
| 257 | Quality Warehouse Eqpt. Co., Inc. | 168,078.00 | 0.00 | 0.00 |
| 327 | Qualcomm Inc. | 27,354.54 | 0.00 | 0.00 |
| 332 | Xerox Corporation | 18,181.03 | 0.00 | 0.00 |
| 336 | Ryder Shared Services Center | 16,105.37 | 0.00 | 0.00 |
| 337 | Continental Casualty Co as Agent for Devino Fuel/Fuelrite Co | 3,095.55 | 0.00 | 0.00 |
| 338 | Xerox Corporation | 9,289.12 | 0.00 | 0.00 |
| 357 | Computer Associates International, Inc. | 293,238.07 | 0.00 | 0.00 |
| 377 | First America Trust, In Succ to the Prudential Bank FSB | 40,032.50 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

| 426 | City Water, Light & Power | 260.55 | 0.00 | 0.00 |
|---|---|---:|---:|---:|
| 438 | CMAC, Inc. | 150,000.00 | 0.00 | 0.00 |
| 473 | Prolift Industrial Equipment | 19,051.57 | 0.00 | 0.00 |
| 491 | Public Service Co. of Colorado | 4,384.10 | 0.00 | 0.00 |
| 509 | J.J. Keller & Associates Inc. | 16,965.20 | 0.00 | 0.00 |
| 517 | IBM Corporation Bankruptcy Specialist | 11,070.72 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**