UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | BURNHAM SERVICE CORPORATION § § § § | Case No. 00-3468-MFW |
| Debtor(s) | | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JEOFFREY L. BURTCH, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

824 Market Street, 3rd Floor
Wilmington, DE 19801

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 2:00 p.m. on 7/24/13 in Courtroom 4, United States Courthouse, 824 Market Street, 5th Floor, Wilmington, DE 19801. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/20/2013          By:     /s/JEOFFREY L. BURTCH, TRUSTEE
                                          Trustee

JEOFFREY L. BURTCH, TRUSTEE
1000 WEST STREET, 10TH FLOOR
P.O. BOX 549
WILMINGTON, DE 19801
(302) 984-3800

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: BURNHAM SERVICE CORPORATION       §   Case No. 00-3468-MFW
                                          §
                                          §
Debtor(s)                                 §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 186,620.94 |
| *and approved disbursements of* | $ 2,660.55 |
| *leaving a balance on hand of* [1] | $ 183,960.39 |

**Balance on hand:**     $     183,960.39

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 179S | Konica Business Machines | 1,253.19 | 0.00 | 0.00 | 0.00 |
| 198S | Liberty Property LP | 1,600.00 | 0.00 | 0.00 | 0.00 |
| 453 | Quality Warehouse Eqpt. Co., Inc. | 168,078.00 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:     $          0.00
Remaining balance:     $     183,960.39

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JEOFFREY L. BURTCH, TRUSTEE | 12,581.05 | 0.00 | 12,581.05 |
| Trustee, Expenses - JEOFFREY L. BURTCH, TRUSTEE | 75.00 | 0.00 | 75.00 |

Total to be paid for chapter 7 administration expenses:     $     12,656.05
Remaining balance:     $     171,304.34

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other Expenses: Bexar County | 505.32 | 0.00 | 505.32 |
| Other Expenses: City of Carrollton | 2,631.12 | 0.00 | 2,631.12 |
| Other Expenses: Dallas County | 2,324.23 | 0.00 | 2,324.23 |
| Other Expenses: Lucent Technologies, Inc. | 747.55 | 0.00 | 747.55 |
| Other Expenses: Ryder Shared Services Center | 2,635.95 | 0.00 | 2,635.95 |
| Other Expenses: State of Michigan, Dept of Treasury Rev Div | 3,599.10 | 0.00 | 3,599.10 |

Total to be paid for prior chapter administrative expenses:   $   12,443.27
Remaining balance:   $   158,861.07

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $280,215.57 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  | INTERNAL REVENUE SERVICE | 612.79 | 0.00 | 40.90 |
|  | INTERNAL REVENUE SERVICE | 593.02 | 0.00 | 39.58 |
|  | INTERNAL REVENUE SERVICE | 143.31 | 0.00 | 9.56 |
| 3 | Clayton County Tax Comissioner | 15,724.68 | 0.00 | 1,049.50 |
| 4 | Q&I Consulting Services, LLC | 4,100.00 | 0.00 | 4,100.00 |
| 21 | Browning, Clara B. | 2,622.95 | 0.00 | 2,622.95 |
| 25 | Jackson County Treasurer | 102,887.38 | 0.00 | 6,866.90 |
| 27 | Carrollton-Farmers Branch ISD | 5,071.14 | 0.00 | 338.46 |
| 66P | IBM Corporation | 50,587.12 | 0.00 | 50,587.12 |
| 85 | State of Louisiana | 1,000.00 | 0.00 | 66.74 |
| 87P | IBM Corporation | 75,215.55 | 0.00 | 75,215.55 |
| 91 | Secuirty Technologies Group, Inc. | 5,773.15 | 0.00 | 5,773.15 |
| 99 | Cypress-Fairbanks ISD | 1,199.55 | 0.00 | 80.06 |
| 072P | State Board of Equalization | 734.00 | 0.00 | 48.99 |
| 151 | Dallas County | 1,532.12 | 0.00 | 102.26 |
| 162P | Staples, Norman V. | 4,300.00 | 0.00 | 4,300.00 |

| | | | | |
|---|---|---:|---:|---:|
| 225 | Bacher, Vonda L | 2,960.74 | 0.00 | 2,960.74 |
| 232P | Industrial Truck Sales & Services Inc. | 2,491.00 | 0.00 | 2,491.00 |
| 306 | Schofield, M.W. | 535.18 | 0.00 | 35.72 |
| 467 | GE Captial Corp as Assignee of Saxon Bus. Sys Inc | 2,131.89 | 0.00 | 2,131.89 |

Total to be paid for priority claims: $    158,861.07
Remaining balance: $    0.00

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $ 12,675,986.29 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 13 | Vision Financial Group, Inc. | 2,896.49 | 0.00 | 0.00 |
| 17 | Labor Ready, Inc. | 11,082.02 | 0.00 | 0.00 |
| 28 | Bell Atlantic-DE/Verizon Communications | 3,583.84 | 0.00 | 0.00 |
| 29 | Bell Atlantic-DE/Verizon Communications | 948.02 | 0.00 | 0.00 |
| 32 | Sandman Inc., The | 2,842.85 | 0.00 | 0.00 |
| 35 | General Motors Acceptance Corporation | 7,536.92 | 0.00 | 0.00 |
| 36 | General Motors Acceptance Corporation | 7,313.29 | 0.00 | 0.00 |
| 40 | Innovative Driver Services | 9,965.68 | 0.00 | 0.00 |
| 42 | American Freightways | 139.99 | 0.00 | 0.00 |
| 52 | I.I.N.A./INAMAR an ACE USA Co. | 64,980.70 | 0.00 | 0.00 |
| 57 | U.S. Fidelity & Guaranty Company | 9,206,625.00 | 0.00 | 0.00 |
| 58 | Duran, Lois J. | 4,175.87 | 0.00 | 0.00 |
| 59 | Jackson County Treasurer | 215,795.85 | 0.00 | 0.00 |
| 66U | IBM Corporation | 407,304.66 | 0.00 | 0.00 |
| 70 | Atlanta Journal/Constitution, The | 448.65 | 0.00 | 0.00 |
| 71 | Safety - Kleen Corporation | 382.15 | 0.00 | 0.00 |
| 72 | Olsten Corporation, The | 19,156.67 | 0.00 | 0.00 |
| 75 | Coast to Coast Computer Products | 4,017.46 | 0.00 | 0.00 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---:|---:|---:|
| 78 | Florida Power & Light Company | 3,592.85 | 0.00 | 0.00 |
| 79 | Employment Guide, The | 352.80 | 0.00 | 0.00 |
| 80 | Bay State Gas Company | 312.02 | 0.00 | 0.00 |
| 81 | Nextell Communications, Inc. | 817.09 | 0.00 | 0.00 |
| 86 | Velocity Express, Inc | 290.00 | 0.00 | 0.00 |
| 87U | IBM Corporation | 20,943.19 | 0.00 | 0.00 |
| 89 | Select Personnel Service, Inc. | 4,276.57 | 0.00 | 0.00 |
| 94 | Onesource, Inc | 1,264.26 | 0.00 | 0.00 |
| 97 | Falcon Supply Co., Inc. | 1,660.47 | 0.00 | 0.00 |
| 98 | Standard Coffee Service Co. | 1,149.71 | 0.00 | 0.00 |
| 071 | General Electric Capital Corp. | 800.00 | 0.00 | 0.00 |
| 072U | State Board of Equalization | 730.81 | 0.00 | 0.00 |
| 101 | Florida Power & Light Company | 694.73 | 0.00 | 0.00 |
| 106 | Express Services, Inc.dba Express Personnel | 5,885.91 | 0.00 | 0.00 |
| 108 | Boise Office Cascade Office Products | 1,204.50 | 0.00 | 0.00 |
| 109 | Overnite Transportation | 36,022.21 | 0.00 | 0.00 |
| 110 | City Public Service | 1,545.17 | 0.00 | 0.00 |
| 119 | Wells Fargo Financial Leasing Inc. | 12,554.75 | 0.00 | 0.00 |
| 123 | Ryder Shared Services Center | 11,973.13 | 0.00 | 0.00 |
| 127 | Minolta Business Solutions | 1,284.21 | 0.00 | 0.00 |
| 131 | Sacramento Municiple Utility District | 612.06 | 0.00 | 0.00 |
| 140 | Imperial Business Credit | 3,256.80 | 0.00 | 0.00 |
| 143 | Ceridion Employer Services | 20,836.06 | 0.00 | 0.00 |
| 144 | RemedyTemp, Inc. | 48,227.07 | 0.00 | 0.00 |
| 150 | Riverside Manufacturing Company | 2,483.78 | 0.00 | 0.00 |
| 152 | Falcon Supply Co., Inc. | 222.12 | 0.00 | 0.00 |
| 162U | Staples, Norman V. | 8,528.26 | 0.00 | 0.00 |
| 168 | Penske Truck Leasing Co., LP | 1,571,000.00 | 0.00 | 0.00 |
| 179U | Konica Business Machines | 3,589.40 | 0.00 | 0.00 |
| 209 | Meguiar, W. Keith & Debbie E. | 49,378.00 | 0.00 | 0.00 |
| 211 | Knott's Berry Farm | 4,387.90 | 0.00 | 0.00 |
| 213 | Cushman & Wakefield of IL Inc & Affiliates | 2,162.00 | 0.00 | 0.00 |
| 214 | Pitney Bowes Credit Corporation | 229.10 | 0.00 | 0.00 |

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 219 | Manpower International, Inc. | 75,508.23 | 0.00 | 0.00 |
| 223 | National Lift Truct Service, Inc. | 861.08 | 0.00 | 0.00 |
| 231 | Industrial Truck Sales & Services Inc. | 2,882.36 | 0.00 | 0.00 |
| 232U | Industrial Truck Sales & Services Inc. | 5,565.00 | 0.00 | 0.00 |
| 235 | Eastern Left Truck Co. | 3,272.39 | 0.00 | 0.00 |
| 236 | Ryder Shared Services Center | 19,327.87 | 0.00 | 0.00 |
| 257 | Quality Warehouse Eqpt. Co., Inc. | 168,078.00 | 0.00 | 0.00 |
| 327 | Qualcomm Inc. | 27,354.54 | 0.00 | 0.00 |
| 332 | Xerox Corporation | 18,181.03 | 0.00 | 0.00 |
| 336 | Ryder Shared Services Center | 16,105.37 | 0.00 | 0.00 |
| 337 | Continental Casualty Co as Agent for Devinc Fuel/Fuelrite Co | 3,095.55 | 0.00 | 0.00 |
| 338 | Xerox Corporation | 9,289.12 | 0.00 | 0.00 |
| 357 | Computer Associates International, Inc. | 293,238.07 | 0.00 | 0.00 |
| 377 | First America Trust, In Succ to the Prudential Bank FSB | 40,032.50 | 0.00 | 0.00 |
| 426 | City Water, Light & Power | 260.55 | 0.00 | 0.00 |
| 438 | CMAC, Inc. | 150,000.00 | 0.00 | 0.00 |
| 473 | Prolift Industrial Equipment | 19,051.57 | 0.00 | 0.00 |
| 491 | Public Service Co. of Colorado | 4,384.10 | 0.00 | 0.00 |
| 509 | J.J. Keller & Associates Inc. | 16,965.20 | 0.00 | 0.00 |
| 517 | IBM Corporation Bankruptcy Specialist | 11,070.72 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:  $        0.00
Remaining balance:  $        0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $        0.00
Remaining balance:  $        0.00

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/JEOFFREY L. BURTCH, TRUSTEE
Trustee

JEOFFREY L. BURTCH, TRUSTEE
1000 WEST STREET, 10TH FLOOR
P.O. BOX 549
WILMINGTON, DE 19801
(302) 984-3800

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
District of Delaware

In re:                                                                          Case No. 00-03468-MFW
BURNHAM SERVICE CORPORATION                                                     Chapter 7
U.S. Trustee
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0311-1           User: Sherry             Page 1 of 2         Date Rcvd: Jun 21, 2013
                               Form ID: pdfnfr          Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2013.
```
aty        +John Henry Knight,   Richards, Layton & Finger, P.A.,   One Rodney Square,   P.O. BOX 551,
             Wilmington, DE 19899-0551
aty        +Julius O. Curling,   Office of Attorney General, State of MI,   3030 W. Grand Blvd.,
             Suite 10-200,   Detroit, MI 48202-6030
aty         Robert J. Dehney,   Morris, Nichols, Arsht & Tunnell,   1201 N. Market Street,   P O. Box 1347,
             Wilmington, DE  19899-1347
tr         +Jeoffrey L. Burtch,   P.O. Box 549,   Wilmington, DE 19899-0549
ust        +US Trustee Office,   J.Boggs Caleb Federal Bldg,   844 King Street, Suite 2007,
             Wilmington, DE 19801-3519
cr         +State Of Michigan, Dept. Of Treasury,   3030 W. Grand Blvd,   Suite 10-200,
             Detroit, MI 48202-6030
1302410    +General Electric Capital Corporation,   c/o Mont Hock Hamron & Horowitz,   400 Garden City Plaza,
             Garden City NY 11530-3322
5497061     State Board of Equalization,   Special Opersations Branch, MIC:55,   PO Box 942879,
             Sacramento, CA 94279-0055
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
db         +E-mail/Text: bncnotice@oakpointpartners.com Jun 21 2013 20:02:02      BURNHAM SERVICE CORPORATION,
             1630 PHOENIX BOULEVARD,   ATLANTA, GA 30349-5506
db         +E-mail/Text: USTPRegion03.WL.ECF@USDOJ.GOV Jun 21 2013 20:02:05     U.S. Trustee,
             Office of the United States Trustee,   J. Caleb Boggs Federal Building,
             844 King Street, Suite 2313, Lockbox 35,   Wilmington, DE 19801-3519
                                                                                              TOTAL: 2
```

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 23, 2013**              **Signature:**    _Joseph Speetjens_

```
District/off: 0311-1          User: Sherry              Page 2 of 2               Date Rcvd: Jun 21, 2013
                              Form ID: pdfnfr           Total Noticed: 10
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2013 at the address(es) listed below:

    Jeoffrey L. Burtch   jburtch@coochtaylor.com, jbrown@coochtaylor.com;DE04@ecfcbis.com;sbridgett@coochtaylor.com

    John Henry Knight   on behalf of Interested Party   JPMorgan Chase   knight@rlf.com, RBGroup@RLF.com

    Julius O. Curling   on behalf of Creditor   State Of Michigan, Dept. Of Treasury   curlingj@michigan.gov

    TOTAL: 3