## IN THE UNITED STATES BANKRUPTCY COURT
## FOR DISTRICT OF DELAWARE

IN RE:                                                     CHAPTER 7
BURNHAM SERVICE CORPORATION

        Debtor(s)                                CASE NO. 00-3468-MFW

**Hearing Date:  August 12, 2015 at 2:00 p.m.**
**Objection Deadline: August 5, 2015 at 4:00 p.m.**

### MOTION TO PAY COMBINED UNCLAIMED CHECK INTO THE COURT

JEOFFREY L. BURTCH, TRUSTEE, Chapter 7 Trustee, respectfully represents as follows:

1.      The Debtor's Chapter 11 case was filed on August 29, 2000.

2.      The Chapter 11 Case was converted to a case under Chapter 7 of the Bankruptcy Code on August 12, 2002.

3.      I was appointed Chapter 7 Bankruptcy Trustee on August 13, 2002.

4.      The following Creditor's disbursement was made and returned as undeliverable.   The Trustee has exhausted every method of locating said creditor and has been unsuccessful in locating a successor to these allowed funds:

| Check # | Creditor | POC # | Check Amount |
|---|---|---|---|
| 10109 | Q&I Consulting Services, LLC | 4 | 4,100.00 |
| 10112 | Security Technologies Group, Inc. | 91 | 5,773.15 |
| 10113 | Industrial Truck Sales & Services Inc. | 232P | 2,491.00 |
| 10119 | Staples, Norman V. | 162P | 3,412.05 |
| 10120 | Bacher, Vonda L | 225 | 2,349.35 |
| | | $ | 18,125.55 |

5.      Such a Balance represents returned funds for which the Trustee requests permission to pay into the Court.

WHEREFORE, JEOFFREY L. BURTCH, TRUSTEE, Chapter 7 Trustee, respectfully requests that the Court permit the Estate's funds of ($18,125.55), be paid to the Clerk for deposit to the Treasury.

/s/ Jeoffrey L. Burtch, Esquire
Jeoffrey L. Burtch, Esquire
Chapter 7 Panel Trustee
P.O. Box 549
Wilmington, DE  19899-0549
(302) 984-3800

Dated: July 8, 2015