Norman W. Staples
1314 191st Street
Homewood, IL 60430

United States Bankruptcy Court
Attn: Clerks Office
824 Market Street
Wilmington, DE 19801

RE: CASE # 00-3468-MFW

This is a request to release funds for the purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds. See Motion to Release funds letter attached.

These funds are subsequently deposited into the U.S. Treasury. The amount of $3412.05 (the "FUNDS") represents the proceeds of an old federal court case with my past employer, where I was a Director of Operations with Burnham Service Corporation. A check was issued to me (Norman W. Staples) approximately four months ago under an old address (807 California Ave., Dolton, IL 60419), but due to the United States Post Office not forwarding old mail since the move to my new residence was in 2006 (1314 191st Street, Homewood, IL 60430), the funds were not delivered and cashed.

Attached you find the following items for consideration to release the funds:

- ✓ Motion To Release Funds
- ✓ Copy of current IL state Drivers License
- ✓ Copy of check stub while employed at Burnham Service Corporation
- ✓ Real Estate Tax bill for the Dolton, IL address
- ✓ Mortgage Interest Statement for the Dolton, IL address

Sincerely,

*[signature]* 7/13/15

Norman W. Staples

Enc.

708 957-0330 hm
708 256-3701 cell